In the Matter of THOMAS F. KEEVAN, Appellant, *v.* ARTHUR W. WALLANDER, as Police Commissioner of the City of New York, Respondent.

Argued April 14, 1949; decided May 26, 1949.

*Sydney Rosenthal* for appellant.

*John P. McGrath, Corporation Counsel (Henry J. Shields* and *Seymour B. Quel* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.